IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRELL NICHOLAS JONES,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.

    Defendants.

ORDER

Case No. 19-cv-569-bbc

---

DERRELL NICHOLAS JONES,

    Plaintiff,

v.

GEICO, et al.

    Defendants.

ORDER

Case No. 19-cv-570-bbc

---

Plaintiff Derrell Nicholas Jones has filed two proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Derrell Nicholas Jones's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the

complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, separate orders will issue.

    Entered this 12th day of July, 2019.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge