IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRELL NICHOLAS JONES,

    Plaintiff,

  v.

STATE OF WISCONSIN, WISCONSIN
DEPARTMENT OF JUSTICE,
UNITED STATES CRIMINAL JUSTICE
SYSTEM and UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendants.

Case No. 19-cv-569-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 8/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |